EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney, Chief, Tax Division
GAVIN GREENE, CA Bar No. 230807
Assistant United States Attorney

HARRIS J. PHILLIPS, MA Bar No. 675603
RUSSELL J. EDELSTEIN, MA Bar No. 663227
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C. 20044
Tel:   (202) 616-1906 (Phillips)
Tel:   (202) 616-2704 (Edelstein)
Fax:   (202) 514-6770
harris.j.phillips@usdoj.gov
russell.j.edelstein@usdoj.gov
**Attorneys for the United States of America**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 19 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

ROBERT E. MEYER, EUGENE
H. MARZETTE SR., DARICK H. RUIZ,
and MATTHEW L. WILCOX,

　　　　Defendants.

Case No.  8:15-cv-01237 AG(JCGx)

[PROPOSED] STIPULATED
ORDER OF PERMANENT
INJUNCTION AGAINST
MATTHEW WILCOX

1

Pursuant to the Stipulation for Entry of an Order of Permanent Injunction against Matthew Wilcox, and all matters properly made part of the record:

**IT IS ORDERED** that pursuant to I.R.C. §§ 7402 and 7407, Wilcox is permanently barred from directly or indirectly:

i. Acting as a federal tax return preparer, preparing or filing federal tax returns, amended returns, information returns, and other related tax documents and forms, including IRS Forms 1099-OID and 1099-A, for any entity or person other than himself;

ii. Managing, supervising, advising, or assisting others in the preparation or filing of federal tax returns, amended returns, information returns, and other related tax documents and forms, including IRS Forms 1099-OID and 1099-A, for any entity or person other than himself;

iii. Practicing before the Internal Revenue Service, as that term is defined in 31 C.F.R. § 10.2(a)(4);

iv. Representing any person or entity before the IRS other than himself;

v. Attempting to obtain or use a preparer identification number (PTIN) or electronic filing identification number (EFIN) for any purpose; and

vi. Having any direct or indirect ownership interest in, or working for any business that prepares tax returns for others or represents taxpayers before the IRS.

**IT IS FURTHER ORDERED** that pursuant to I.R.C. §§ 7402 and 7408, Wilcox is permanently barred from directly or indirectly organizing, promoting, marketing, or selling any plan or arrangement that advises taxpayers to overstate

1  federal income tax withholding or otherwise evade assessment or payment of tax
2  liabilities, including by misuse of IRS Forms 1099-OID and 1099-A.
3      **IT IS FURTHER ORDERED** that Wilcox shall serve on counsel for the
4  United States, within 45 days of the entry of this order, a certification signed under
5  penalty of perjury stating that he has received this order.
6      **IT IS FURTHER ORDERED** that the United States may conduct post-
7  judgment discovery to monitor Wilcox's compliance with the terms of this
8  injunction.
9      **IT IS FURTHER ORDERED** that Wilcox shall not make any statements,
10 written or verbal, or cause or encourage others to make any statements, written or
11 verbal, that misrepresent any of the terms of this injunction.
12     **IT IS FURTHER ORDERED** that pursuant to Rule 65(d)(2) of the Federal
13 Rules of Civil Procedure, this order binds the following who receive actual notice
14 of it by personal service or otherwise:
15     i.   the defendant, Matthew Wilcox;
16     ii.   Wilcox's agents, servants, employees, and attorneys; and
17     ~~iii.~~ other persons who are in active concert or participation with anyone
18     described in (i) ~~or (ii)~~ above.
19     **IT IS FURTHER ORDERED** that Wilcox has waived any and all right to
20 appeal from this judgment.
21 ///
22 ///
23 ///

**IT IS FURTHER ORDERED** that the Clerk is directed to enter final judgment in favor of the United States and against Wilcox.

**IT IS SO ORDERED.**

Date: August 15, 2015

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted,*
EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN GREENE
Assistant United States Attorney
HARRIS J. PHILLIPS
Trial Attorney
U.S. Department of Justice, Tax Division

*Attorneys for Plaintiff, United States of America*